**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br>v.<br><br>JAMES KIRK, DARCY FREDERICKSON, AND JASON BEUMER.<br><br>Defendants. | Case No.: _______________<br><br>**DECLARATION OF MELISSA MURO LAMERE IN SUPPORT OF PLAINTIFF U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Melissa Muro LaMere, declare as follows:

1. I am an attorney with the law firm of Maslon LLP. I represent Plaintiff U.S. Bank National Association ("U.S. Bank") in the above-captioned matter. I submit this Declaration in support of Plaintiff's Motion for Temporary Restraining Order.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the April 17, 2025 letter from U.S. Bank's in-house counsel, Jana E. Bruder, to Defendants' counsel, Thomas B. Lewis.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the April 21, 2025 email from Defendants' counsel to U.S. Bank.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of April, 2025.

*s/ Melissa Muro LaMere*
Melissa Muro LaMere